LIZZIE HAND, Appellant, *v.* SUPREME COUNCIL OF THE ROYAL ARCANUM, Respondent.

(Submitted June 17, 1901; decided July 10, 1901.) ·

Motion for reargument denied, with ten dollars costs. (See 167 N. Y. 600.)

---

HENRY N. BURHANS et al., Appellants, *v.* UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWN OF CANTON, N. Y., Respondent.

(Submitted June 17, 1901; decided July 10, 1901.)

Motion for reargument denied, with ten dollars costs. (See 165 N. Y. 661.)

---

TIMOTHY A. HATTON, Respondent, *v.* THE HILTON BRIDGE CONSTRUCTION COMPANY, Appellant.

(Submitted July 10, 1901; decided July 10, 1901.)

Motion for reargument denied, with ten dollars costs. (See 167 N. Y. 590.)

---

JAMES B. CONNELLY, Appellant, *v.* EDMUND A. O'BRIEN et al., Respondents.

(Submitted June 17, 1901; decided July 10, 1901.)

Motion for reargument denied, with ten dollars costs. (See 166 N. Y. 406.)